# NO. 12-18-00114-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF* | § | *APPEAL FROM THE* |
| *C.R.B.,* | § | *COUNTY COURT AT LAW NO. 1* |
| *A JUVENILE* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, C.R.B., has filed a motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1; *see also* TEX. FAM. CODE ANN. § 56.01(b) (West Supp. 2017) (requirements governing appeal in juvenile proceeding are as in civil cases generally).

Opinion delivered May 16, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 16, 2018**

**NO. 12-18-00114-CV**

**IN THE MATTER OF C.R.B., A JUVENILE**

Appeal from the County Court at Law No. 1

of Angelina County, Texas (Tr.Ct.No. JV-4667)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*